**Order entered September 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00173-CV

### ROBERT J. PITRE AND JORDAN PITRE, Appellants

### V.

### JOHN T. SHARP, AS ATTORNEY IN FACT FOR THOMAS H. SHARP, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05074**

## ORDER

We **GRANT** appellee's September 9, 2015 unopposed second motion for extension of time to file brief and **ORDER** the brief be filed no later than September 25, 2015.

/s/     CRAIG STODDART
         JUSTICE